UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDRICK GREER (#525214)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 13-29-SDD-SCR

## RULING
## AND
## ORDER OF DISMISSAL

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated November 5, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, Defendant's *Motion to Dismiss*[1] is granted and this action is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), and without leave to amend because there is no conceivable, non-frivolous federal claim Plaintiff could assert against the Defendants consistent with the facts alleged in his complaint as expanded by the information provided at the Spears hearing.

Baton Rouge, Louisiana, December 2, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 24